be timely filed, this order is to remain in effect pending this Court's action on the appeal. In the event the judgment is affirmed, or the appeal is dismissed, this order is to terminate automatically. Should jurisdiction be noted or postponed, or should the judgment be summarily vacated or reversed, this order is to remain in effect pending the sending down of the judgment of this Court. JUSTICE WHITE took no part in the consideration or decision of this application.

JULY 20, 1992

No. 92–5194 (A–55). KENNEDY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 91–8111. KENNEDY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1224. Petition for rehearing denied.

JULY 22, 1992

No. 91–908. CROMWELL ET AL. v. EQUICOR-EQUITABLE HCA CORP. ET AL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.

No. 92–5248 (A–59). LANE v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JULY 28, 1992

No. 92–5239 (A–64). ANDREWS v. UTAH. Sup. Ct. Utah. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS